MARGARET E. CLARK, Appellant, *v.* EDWARD TRACY SCOVILL et al., as Executors of JOHN HYLAND, Deceased, Respondents.

*Clark* v. *Scovill*, 111 App. Div. 35, appeal dismissed.
(Argued April 17, 1906; decided May 1, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 17, 1906, which reversed an interlocutory judgment of Special Term sustaining a demurrer to the answer and overruled such demurrer in an action to recover on a promissory note.

*Charles D. Newton* and *Charles W. Stevens* for appellant.

*Fletcher C. Peck* for respondents.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.